# EXHIBIT A

# 37th District Court

# Case Summary

## Case No. 2021CI26449

| | | | |
|---|---|---|---|
| **Rene Cuellar VS American Advisors Group** | § § § | Location: Judicial Officer: Filed on: | **37th District Court** **37th, District Court** **12/31/2021** |

## Case Information

Case Type:  OTHER REAL PROPERTY

Case Status:  **12/31/2021  Pending**

## Assignment Information

**Current Case Assignment**
Case Number       2021CI26449
Court             37th District Court
Date Assigned     12/31/2021
Judicial Officer  37th, District Court

## Party Information

|  |  | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Cuellar, Rene** | **VAN CLEAVE, GREGORY T** *Retained* |
| **Defendant** | **American Advisors Group** | |

## Events and Orders of the Court

| | |
|---|---|
| 12/31/2021 | New Cases Filed (OCA) |
| 12/31/2021 | PETITION |
| 12/31/2021 | TEMPORARY RESTRAINING ORDER (OCA)     (Judicial Officer: DIAZ, MONIQUE) |

01/04/2022
SURETY BOND     (Judicial Officer: 37th, District Court)
*SURETY BOND ALBERT W. VAN CLEAVE, III SBN# 20437800 GREGORY T. VAN CLEAVE SBN# 24037881*
Party:   Plaintiff Cuellar, Rene
Party 2:   Defendant American Advisors Group

01/13/2022    **SETTING ON TEMPORARY RESTRAINING ORDER**   (9:00 AM)

# EXHIBIT B

# EXHIBIT B-1

FILED
12/31/2021 10:51 AM Case 5:22-cv-00024-OLG   Document 1-1   Filed 01/12/22   Page 6 of 36
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Laura Castillo
Bexar County - 37th District Court

2021CI26449

NO. _____

| RENE CUELLAR | § | IN THE DISTRICT COURT |
| **PLAINTIFF** | § | |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| **AMERICAN ADVISORS GROUP** | § | |
| **DEFENDANT** | § | |
| | § | BEXAR COUNTY, TEXAS |

## ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

To the Honorable Judge of the Court:

Plaintiff, RENE CUELLAR (hereinafter referred to as "Plaintiffs"), and files this

**ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER**

against Defendant #1 **AMERICAN ADVISORS GROUP** asserting causes of action for money

damages, Breach of Contract, Request for injunctive relief, and Request for an Accounting,

Plaintiff respectfully shows the following:

### I. DISCOVERY CONTROL PLAN as well as

### TRCP 47 COMPLIANCE STATEMENT

1. Pursuant to Rule 190 of the Texas Rules of Civil Procedure, Plaintiff intends that discovery

be conducted under Level Two of the Rule. Pursuant to TRCP 47 plaintiff asserts that:

damages sought are within the jurisdictional limits of the court and plaintiff is seeking are

100,000 or less in economic damages as well as non-monetary relief.

### II. PARTIES AND SERVICE

7

2. Plaintiff RENE CUELLAR is an individual residing in San Antonio, Bexar County, Texas they are residences of the property at bar.

3. Defendant #1 **AMERICAN ADVISORS GROUP** is a corporation that can be served at its agent for service: AVT Title Services, LLC located at 5177 Richmond Aveune, Suite 1230, Houston, TX 77056.

## III. JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this case because the amount in controversy is within this Court's jurisdictional requirements.

5. This Court has personal jurisdiction over the Defendant under Chapter 17 of the Texas Civil Practice and Remedies Code because Defendants have conducted business in this State or are residents of the State of Texas.

6. Venue for this case is proper in Bexar County, Texas because all or a substantial part of the contract or events or omissions giving rise to the claim occurred in this county.

7.     All conditions precedent to bringing this suit have been preformed or have occurred.

## **Facts**

8      Plaintiff has lived in their family home the majority of their lives. He inherited his home and the Reverse Mortgage obligation that their mom took out before she died. They have in excess of $30,000.00 in equity in the family home and it is scheduled to close eminently. The closing will happen in days not weeks.

8

9.    If this matter is not granted, the defendant will take all of the plaintiff's equity from their home.  It is the plaintiff's goal is simply to close on the sale and pay of the defendant.  We can conduct the closing imminently.

## CAUSES OF ACTION

### A. Request for Injunctive Relief

10.    Plaintiff is the owner of the real property, the subject of this suit which is more particularly described as follows:

Lot 19, Block 19, New City Block 8915, in the City of San Antonio, Bexar

County, Texas

- Aka 3007 W. Gerald Street, San Antonio, TX

Defendant is the holder of that certain promissory note with a current unpaid balance, payable to the order of Defendant, secured by a Deed of Trust which is secured by a lien against the above described real property of Plaintiff secured by the above described real property.

11.    Plaintiffs further shows that despite the efforts of Plaintiff to sell the property before foreclosure. Defendant has insisted on the foreclosure of the mortgage and will cause the mortgage to be foreclosed by Defendant's agents unless Enjoined.  This is despite an eminent sale that will pay off the mortgage.

12.    There is no default sufficient to justify foreclosure and any alleged default has been cured or waived through the collection problems endemic to the handling of the mortgage payments in light of the equity.  If Defendants are not restrained and enjoined Plaintiff will suffer irreparable harm.  The foreclosure sale will deprive Plaintiff of the usual enjoyment of the property.

13.     Plaintiff would further show the Court that there is no remedy at law that is clear and adequate to protect the property interest of Plaintiff against such wrongful foreclosure. This request for injunctive relief is so that justice may be done, and not merely for delay. Plaintiff stands ready to perform such equitable acts as the Court may deem necessary. Because of the acts of Defendants, Plaintiff must proceed into this Court of Equity and seek affirmative relief.

### B. Breach of Contract

14.     The essential elements of a breach of contract claim are: (1) the existence of a valid contract; (2) performance or tendered performance by the Plaintiff; (3) breach of the contract by the Defendant; and (4) damages sustained by the Plaintiff as a result of the breach. Valero Mktg. & Supply Co. v. Kalama Int'l, 51 S.W.3d 345, 351 (Tex. App.-Houston [1st] 2001, no pet.).

15.     The plaintiff has in excess of $30,000.00 of equity in the home he inherited from his mother. They have the property scheduled for a losing. This situation has largely been resolved. The closing is taking extra time but will close shortly.

### XI. PRAYER

16. **WHEREFORE, PREMISES CONSIDERED**, Plaintiff, RENE CUELLAR  respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants for damages in an amount within the jurisdictional limits of the Court. Accordingly, Plaintiffs respectfully request that Plaintiffs have judgment against Defendants for:

a. Costs associated with prosecuting this action; and

b. A Temporary Injunction be issued to Defendant, AMERICAN ADVISORS GROUP, restraining AMERICAN ADVISORS GROUP, its Agents, Servants, and Employees, from

10

directly or indirectly selling or attempting to sell the property described herein and to further restrain AMERICAN ADVISORS GROUP from issuing any letters, notices or any written instrument which would purport to give the right to foreclose on the property under the power of sale contained in the Deed of Trust; and.

c. After notice of hearing the Court issue a Temporary Injunction pending the outcome of this case, restraining Defendant's from foreclosing upon the property; and.

d. After notice of hearing the Court issue a Permanent Injunction pending the outcome of this case, restraining Defendant's from foreclosing upon the property; and

e. Economic damages related to the breach of contract and attorney's fees.

Respectfully Submitted,

THE LAW OFFICE OF
ALBERT W. VAN CLEAVE, III PLLC
1520 W. HILDEBRAND
SAN ANTONIO, TX 78201
(210) 341 - 6588
(210) 701 - 8481 (FACSIMILE)


BY: _Gregory T. Van Cleave_____
    Gregory T. Van Cleave
    State Bar No. 24037881
    Greg_v@hotmail.com
    ATTORNEYS FOR PLAINTIFF

11

NO. _____

| | | |
|---|---|---|
| **RENE CUELLAR** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **AMERICAN ADVISORS GROUP** | § | |
| **DEFENDANT** | § | **BEXAR COUNTY, TEXAS** |

**State of Texas**          §
                                      §
**County of Bexar**      §

<u>VERIFICATION and AFFIDAVIT</u>

i.    Verification

My name is **RENE CUELLAR**, and I am seeking an application for Temporary Restraining Order. All of the Statements, Facts, and Circumstances set out in the above Original Petition and Application for Injunctive Relief are within my personal knowledge and are true and correct. On behalf of myself, I respectfully request that the Temporary Restraining Order be issued.

ii. Affidavit

Before me, the undersigned notary, on this day, personally appeared **RENE CUELLAR**, a person whose identity is known to me. After I administered an oath to him, upon him oath, she said:

1.      "My name is **RENE CUELLAR**, and I am the plaintiff in this case. I have personal knowledge of the facts stated in this affidavit and they are true and correct and I am over the age of 21 and fully competent to make this affidavit.

2.      I own the below piece of property:

Lot 19, Block 19, New City Block 8915, in the City of San Antonio, Bexar

12

County, Texas

- Aka 3007 W. Gerald Street, San Antonio, TX

3.      I have in excess of $30,000.00 of equity in my home.  I have a closing scheduled for this coming week and just need a few days and a revised payoff to be able to resolve this obligation.

4.      I am enclosing documentation: the closing statement, the earnest money contract, and the title commitment.  I agree and acknowledged that we owe my mom's loan.  We have a means to pay it and will.  We just need more time to accomplish the sale.

5.      Affiant sayeth further not.

6.      I verify that the statements made in this affidavit are true and correct."


_____
**RENE CUELLAR**, Affiant

State of Texas
County of Bexar

Sworn to and subscribed before me on this ____ day of _____, 2021, by **RENE CUELLAR.**


_____
Notary Public, State of Texas

GREGORY VAN CLEAVE
My Notary ID # 125222748
Expires July 7, 2025

13

# EXHIBIT B-2

FILED
12/31/2021 10:51 AM Case 5:22-cv-00024-OLG    Document 1-1    Filed 01/12/22    Page 14 of 36
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Laura Castillo
Bexar County - 37th District Court

## 2021CI26449

NO. _____

| | | |
|---|---|---|
| **RENE CUELLAR** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **AMERICAN ADVISORS GROUP** | § | |
| **DEFENDANT** | § | |
| | § | **BEXAR COUNTY, TEXAS** |

### ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

To the Honorable Judge of the Court:

Plaintiff, RENE CUELLAR (hereinafter referred to as "Plaintiffs"), and files this

### ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

against Defendant #1 **AMERICAN ADVISORS GROUP** asserting causes of action for money

damages, Breach of Contract, Request for injunctive relief, and Request for an Accounting,

Plaintiff respectfully shows the following:

### I. DISCOVERY CONTROL PLAN as well as

### TRCP 47 COMPLIANCE STATEMENT

1. Pursuant to Rule 190 of the Texas Rules of Civil Procedure, Plaintiff intends that discovery

be conducted under Level Two of the Rule. Pursuant to TRCP 47 plaintiff asserts that:

damages sought are within the jurisdictional limits of the court and plaintiff is seeking are

100,000 or less in economic damages as well as non-monetary relief.

### II. PARTIES AND SERVICE

7

2. Plaintiff RENE CUELLAR is an individual residing in San Antonio, Bexar County, Texas they are residences of the property at bar.

3. Defendant #1 **AMERICAN ADVISORS GROUP** is a corporation that can be served at its agent for service:  AVT Title Services, LLC located at 5177 Richmond Aveune, Suite 1230, Houston, TX  77056.

### III. JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this case because the amount in controversy is within this Court's jurisdictional requirements.

5. This Court has personal jurisdiction over the Defendant under Chapter 17 of the Texas Civil Practice and Remedies Code because Defendants have conducted business in this State or are residents of the State of Texas.

6. Venue for this case is proper in Bexar County, Texas because all or a substantial part of the contract or events or omissions giving rise to the claim occurred in this county.

7.    All conditions precedent to bringing this suit have been preformed or have occurred.

### Facts

8    Plaintiff has lived in their family home the majority of their lives.  He inherited his home and the Reverse Mortgage obligation that their mom took out before she died.  They have in excess of $30,000.00 in equity in the family home and it is scheduled to close eminently.  The closing will happen in days not weeks.

9.     If this matter is not granted, the defendant will take all of the plaintiff's equity from their home.  It is the plaintiff's goal is simply to close on the sale and pay of the defendant.  We can conduct the closing imminently.

## CAUSES OF ACTION

### A. Request for Injunctive Relief

10.    Plaintiff is the owner of the real property, the subject of this suit which is more particularly described as follows:

> Lot 19, Block 19, New City Block 8915, in the City of San Antonio, Bexar
>
> County, Texas
>
> - Aka 3007 W. Gerald Street, San Antonio, TX

Defendant is the holder of that certain promissory note with a current unpaid balance, payable to the order of Defendant, secured by a Deed of Trust which is secured by a lien against the above described real property of Plaintiff secured by the above described real property.

11.    Plaintiffs further shows that despite the efforts of Plaintiff to sell the property before foreclosure. Defendant has insisted on the foreclosure of the mortgage and will cause the mortgage to be foreclosed by Defendant's agents unless Enjoined.  This is despite an eminent sale that will pay off the mortgage.

12.    There is no default sufficient to justify foreclosure and any alleged default has been cured or waived through the collection problems endemic to the handling of the mortgage payments in light of the equity.  If Defendants are not restrained and enjoined Plaintiff will suffer irreparable harm. The foreclosure sale will deprive Plaintiff of the usual enjoyment of the property.

9

13.    Plaintiff would further show the Court that there is no remedy at law that is clear and adequate to protect the property interest of Plaintiff against such wrongful foreclosure. This request for injunctive relief is so that justice may be done, and not merely for delay. Plaintiff stands ready to perform such equitable acts as the Court may deem necessary. Because of the acts of Defendants, Plaintiff must proceed into this Court of Equity and seek affirmative relief.

### B. Breach of Contract

14.    The essential elements of a breach of contract claim are: (1) the existence of a valid contract; (2) performance or tendered performance by the Plaintiff; (3) breach of the contract by the Defendant; and (4) damages sustained by the Plaintiff as a result of the breach. Valero Mktg. & Supply Co. v. Kalama Int'l, 51 S.W.3d 345, 351 (Tex. App.-Houston [1st] 2001, no pet.).

15.    The plaintiff has in excess of $30,000.00 of equity in the home he inherited from his mother. They have the property scheduled for a losing. This situation has largely been resolved. The closing is taking extra time but will close shortly.

### XI. PRAYER

16. **WHEREFORE, PREMISES CONSIDERED**, Plaintiff, RENE CUELLAR  respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants for damages in an amount within the jurisdictional limits of the Court. Accordingly, Plaintiffs respectfully request that Plaintiffs have judgment against Defendants for:

a. Costs associated with prosecuting this action; and

b. A Temporary Injunction be issued to Defendant, AMERICAN ADVISORS GROUP, restraining AMERICAN ADVISORS GROUP, its Agents, Servants, and Employees, from

directly or indirectly selling or attempting to sell the property described herein and to further restrain AMERICAN ADVISORS GROUP from issuing any letters, notices or any written instrument which would purport to give the right to foreclose on the property under the power of sale contained in the Deed of Trust; and.

c. After notice of hearing the Court issue a Temporary Injunction pending the outcome of this case, restraining Defendant's from foreclosing upon the property; and.

d. After notice of hearing the Court issue a Permanent Injunction pending the outcome of this case, restraining Defendant's from foreclosing upon the property; and

e. Economic damages related to the breach of contract and attorney's fees.

Respectfully Submitted,

THE LAW OFFICE OF
ALBERT W. VAN CLEAVE, III PLLC
1520 W. HILDEBRAND
SAN ANTONIO, TX  78201
(210) 341 - 6588
(210) 701 - 8481 (FACSIMILE)

BY:  Gregory T. Van Cleave
        Gregory T. Van Cleave
        State Bar No. 24037881
        Greg_v@hotmail.com
ATTORNEYS FOR PLAINTIFF

11

NO. _____

| | |
|---|---|
| **RENE CUELLAR** <br> **PLAINTIFF** § § § | **IN THE DISTRICT COURT** |
| **V.** § § | **_____ JUDICIAL DISTRICT** |
| **AMERICAN ADVISORS GROUP** § <br> **DEFENDANT** § | **BEXAR COUNTY, TEXAS** |

**State of Texas**              §
                                      §
**County of Bexar**          §

<u>VERIFICATION and AFFIDAVIT</u>

i.      Verification

My name is **RENE CUELLAR**, and I am seeking an application for Temporary Restraining Order. All of the Statements, Facts, and Circumstances set out in the above Original Petition and Application for Injunctive Relief are within my personal knowledge and are true and correct.  On behalf of myself, I respectfully request that the Temporary Restraining Order be issued.

ii. Affidavit

Before me, the undersigned notary, on this day, personally appeared **RENE CUELLAR**, a person whose identity is known to me.  After I administered an oath to him, upon him oath, she said:

1.      "My name is **RENE CUELLAR**, and I am the plaintiff in this case.  I have personal knowledge of the facts stated in this affidavit and they are true and correct and I am over the age of 21 and fully competent to make this affidavit.

2.      I own the below piece of property:

Lot 19, Block 19, New City Block 8915, in the City of San Antonio, Bexar

County, Texas

- Aka 3007 W. Gerald Street, San Antonio, TX

3.    I have in excess of $30,000.00 of equity in my home. I have a closing scheduled for this coming week and just need a few days and a revised payoff to be able to resolve this obligation.

4.    I am enclosing documentation: the closing statement, the earnest money contract, and the title commitment. I agree and acknowledged that we owe my mom's loan. We have a means to pay it and will. We just need more time to accomplish the sale.

5.    Affiant sayeth further not.

6.    I verify that the statements made in this affidavit are true and correct."

_____
**RENE CUELLAR**, Affiant

State of Texas
County of Bexar

Sworn to and subscribed before me on this ____ day of _____, 2021, by **RENE CUELLAR.**

_____
Notary Public, State of Texas

GREGORY VAN CLEAVE
My Notary ID # 125222748
Expires July 7, 2025

13

# EXHIBIT B-3

NO. 2021 - C2 - 26449

| | | |
|---|---|---|
| **RENE CUELLAR** | § | **IN THE DISTRICT COURT** |
| **PLAINTIFF** | § | |
| | § | |
| **V.** | § | **37ᵗʰ JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **AMERICAN ADVISORS GROUP** | § | |
| **DEFENDANT** | § | **BEXAR COUNTY, TEXAS** |

## B O N D

Whereas, RENE CUELLAR, Plaintiffs, in the above styled and numbered cause, has sued out in said Court and this Court has granted a temporary restraining order to Plaintiffs RENE CUELLAR, restraining Defendants, AMERICAN ADVISORS GROUP, from taking any action to foreclose on the collateral described in Plaintiff's Original Petition.

NOW, THEREFORE, known all men by these presents that Plaintiff as Principals, and Albert W. Van Cleave, III, and Gregory T. Van Cleave, as sureties do hereby acknowledge ourselves bound to pay Defendants AMERICAN ADVISORS GROUP, in the sum of ___Two___ Hundred Dollars ($ 2.00.00), conditioned that if, the Plaintiff, will abide the decisions which was made in such cause and they will pay all sums of monies and costs that may be adjudged against them should the Temporary Restraining Order be dissolved in whole or in part or found to be wrongfully issued.

Witness our hands this 4ᵗʰ day of ___July___, 20 23.

_____
RENE CUELLAR
Principal

_____
Albert W. Van Cleave, III
1520 W. Hildebrand
San Antonio, TX 78201
Surety
SBN 20437800

5

FILED
01/04/2022 8:49:10 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Elizondo, Georgina

Gregory T. Van Cleave
1520 W. Hildebrand
San Antonio, TX  78201
Surety
SBN 24037881

APPROVED ON THIS __4__ DAY OF January, 20 22

DEPUTY __Georgia V Elizondo__
MARY ANGIE GARCIA
DISTRICT CLERK
BEXAR COUNTY, TEXAS

6

# EXHIBIT B-4

FILED
1/12/2022 10:26 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Matthew Stanage
Bexar County - 37th District Court

Case 5:22-cv-00024-OLG    Document 1-1    Filed 01/12/22    Page 25 of 36

**CAUSE NO. 2021CI26449**

| | | |
|---|---|---|
| RENE CUELLAR, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 37TH JUDICIAL DISTRICT |
| | § | |
| AMERICAN ADVISORS GROUP, | § | |
| | § | |
| Defendant, | § | BEXAR COUNTY, TEXAS |

<u>**DEFENDANT'S ORIGINAL ANSWER**</u>

Defendant American Advisors Group ("Defendant" or "AAG") files this its *Original Answer to Plaintiff's Original Petition and Application for Temporary Restraining Order* (the "Petition"), and respectfully shows as follows:

## I. ANSWER

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation contained in Plaintiff's Petition, and any amendments or supplements thereto, and demands strict proof thereof.

## II. DEFENSES

Defendant asserts the following affirmative defenses:

1. Defendant denies that all conditions precedent to a right of recovery have been satisfied.

2. Plaintiff's claims are barred by the applicable statutes of limitations.

3. Plaintiff's claims are barred by the statute of frauds.

4. Plaintiff's claims are barred or any failure to perform is excused because one or more of the material obligations of the note and security instrument have not been satisfied.

5.      Plaintiff's claims are barred or any failure to perform is excused by the doctrines of affirmation, ratification, and waiver.

6.      Plaintiff's claims are barred or any failure to perform is excused by the waiver provisions contained in the security instrument at issue in this lawsuit.

7.      Plaintiff's claims are barred or any failure to perform is excused by the doctrine of accord and satisfaction.

8.      Plaintiff's claims are barred by the election of rights doctrine.

9.      One of more of Plaintiff's claims are barred by the "one satisfaction" and "con-tort" doctrines, and "economic loss" rule.

10.     Plaintiff failed to mitigate his damages.

11.     Defendants claims all offsets and credits available to it.

12.     Defendant is not liable for the acts, omissions, or conduct of other persons or entities not authorized to act on behalf of it; pleading further, and in the alternative, Defendant is not liable for the acts, omissions, or conduct of their agents who exceeded the scope of their authority.

13.     Plaintiff's damages, if any, were proximately caused by the acts, omissions, or breaches of other persons and entities, including Plaintiff, and the acts, omissions, or breaches were intervening and superseding causes of Plaintiff's damages, if any.

14.     Defendant's actions and omissions were undertaken in good faith, with the absence of malicious intent to injure Plaintiff, and constitute lawful, proper and justified means to further the business purposes of Defendants.  Any purported conduct of individuals who were or are agents of Defendants were privileged, and those individuals were and are justified in

engaging in the conduct attributed to them. Defendant pleads all statutory and common law privileges that may apply its conduct and those of their agents.

15.    Any allegedly wrongful acts or omissions of Defendant, if and to the extent such acts and omissions occurred, were legally excused or justified.

16.    Defendant would show their conduct or activity conformed at all times to any and all applicable state and federal statutes, codes, and regulations.

17.    Plaintiff's claims are barred, in whole or in part, by the doctrines of judicial estoppel, res judicata, and collateral estoppel.

18.    Plaintiff lacks clean hands to bring an action in equity.

19.    Plaintiff's claims must fail due to Plaintiff's failure to tender amount(s) admittedly owed.

20.    Some or all of Plaintiff's claims are barred by the doctrine of laches.

21.    Any alleged wrongful acts or omissions of Defendant, if and to the extent such acts or omissions occurred, were not intentional and resulted from a bona fide error.

22.    Plaintiff has failed to state a claim upon which relief may be granted.

23.    Plaintiff lacks standing.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that Plaintiff takes nothing on his claims; Defendant recover its attorneys' fees and costs against Plaintiff; and the Court award such other and further relief to which Defendant may be justly entitled at law or in equity.

Respectfully submitted,

By: _/s/ Nicholas M. Frame_____
**MARK D. CRONENWETT**
Texas Bar No. 00787303
mcronenwett@mwzmlaw.com

**NICHOLAS M. FRAME**
Texas Bar No. 24093448
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon the following counsel of record pursuant to the Texas Rules of Civil Procedure on January 12, 2022 in the manner indicated:

***Via Electronic Service***
Gregory T. Van Cleave
1520 W. Hilderbrand
San Antonio, Texas 78201
(210) 341 – 6588
(210) 701 – 8481 (facsimile)
Greg_v@hotmail.com
*Attorney for Plaintiff*

_/s/ Nicholas M. Frame_____
**NICHOLAS M. FRAME**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Alma Cruz on behalf of Nicholas Frame
Bar No. 24093448
acruz@MWZMlaw.com
Envelope ID: 60741554
Status as of 1/12/2022 10:49 AM CST

Associated Case Party: Rene Cuellar

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gregory TVan Cleave | | Greg_v@hotmail.com | 1/12/2022 10:26:35 AM | SENT |

Associated Case Party: American Advisors Group

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Frame | | Nframe@mwzmlaw.com | 1/12/2022 10:26:35 AM | SENT |
| Susan Taplin | | staplin@mwzmlaw.com | 1/12/2022 10:26:35 AM | SENT |
| Alma Cruz | | acruz@mwzmlaw.com | 1/12/2022 10:26:35 AM | SENT |
| Mark D. Cronenwett | | mcronenwett@mwzmlaw.com | 1/12/2022 10:26:35 AM | SENT |
| Vanee Alfred | | Valfred@mwzmlaw.com | 1/12/2022 10:26:35 AM | SENT |

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RENE CUELLAR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.** |
| **v.** | § | |
| | § | |
| **AMERICAN ADVISORS GROUP,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## DECLARATION OF NICHOLAS M. FRAME

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.     My name is Nicholas M. Frame. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct, and within my personal knowledge.

2.     I am an attorney for Mackie Wolf Zientz & Mann, P.C., attorneys for Defendant American Advisors Group ("Defendant").

3.     On January 10, 2022, I searched for the Bexar County Central Appraisal District's valuation of the property located at common address 3007 W. Gerald Street, San Antonio, Texas 78211-2335 (the "Property"). I found the appraisal of the Property.

4.     I certify the document attached hereto is a true and correct copy of the original, which I obtained from the Appraisal District website for Bexar County, Texas. This document is identified as an exhibit to this Declaration as indicated below:

> C-1     Data Sheet from the Bexar County, Texas Central Appraisal District web-
> site on January 10, 2022.

These documents are incorporated by reference for all purposes.

FURTHER DECLARANT SAYETH NOT."

SIGNED AND DECLARED on January 10, 2022.

**NICHOLAS M. FRAME**

# EXHIBIT C-1

## Bexar CAD

## Property Search > 425857 CUELLAR GUADALUPE & MARIA for Year 2022

Tax Year: | 2022 - Values not available |

## Property

| | | Legal Description: | NCB 8915 BLK 19 LOT 19 |
|---|---|---|---|
| ████████████████ | | Zoning: | RM-4 |
| Type: | Real | Agent Code: | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

### Protest

| | |
|---|---|
| Protest Status: | |
| Informal Date: | |
| Formal Date: | |

### Location

| | | | |
|---|---|---|---|
| Address: | 3007 W GERALD AVE<br>SAN ANTONIO, TX 78211 | Mapsco: | 649C5 |
| Neighborhood: | QUINTANA/SOUTH SAN AREA (SS) | Map ID: | |
| Neighborhood CD: | 95820 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | CUELLAR GUADALUPE & MARIA | Owner ID: | 323875 |
| Mailing Address: | 3007 W GERALD AVE<br>SAN ANTONIO, TX 78211-2335 | % Ownership: | 100.0000000000% |
| | | Exemptions: | OTHER, HS |

## Values

| | | | |
|---|---|---|---|
| (+) Improvement Homesite Value: | + | N/A | |
| (+) Improvement Non-Homesite Value: | + | N/A | |
| (+) Land Homesite Value: | + | N/A | |
| (+) Land Non-Homesite Value: | + | N/A | Ag / Timber Use Value |
| (+) Agricultural Market Valuation: | + | N/A | N/A |
| (+) Timber Market Valuation: | + | N/A | N/A |
| | | ------------------------- | |
| (=) Market Value: | = | N/A | |
| (−) Ag or Timber Use Value Reduction: | − | N/A | |
| | | ------------------------- | |
| (=) Appraised Value: | = | N/A | |
| (−) HS Cap: | − | N/A | |
| | | ------------------------- | |
| (=) Assessed Value: | = | N/A | |

## Taxing Jurisdiction

Owner:              CUELLAR GUADALUPE & MARIA
% Ownership:   100.0000000000%
Total Value:     N/A

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax | |
|--------|-------------|----------|-----------------|---------------|---------------|---|
| 06 | BEXAR CO RD & FLOOD | N/A | N/A | N/A | N/A | |
| 08 | SA RIVER AUTH | N/A | N/A | N/A | N/A | |
| 09 | ALAMO COM COLLEGE | N/A | N/A | N/A | N/A | |
| 10 | UNIV HEALTH SYSTEM | N/A | N/A | N/A | N/A | |
| 11 | BEXAR COUNTY | N/A | N/A | N/A | N/A | |
| 21 | CITY OF SAN ANTONIO | N/A | N/A | N/A | N/A | |
| 58 | SOUTH SAN ISD | N/A | N/A | N/A | N/A | |
| CAD | BEXAR APPRAISAL DISTRICT | N/A | N/A | N/A | N/A | |
| | Total Tax Rate: | N/A | | | | |
| | | | | Taxes w/Current Exemptions: | N/A | |
| | | | | Taxes w/o Exemptions: | N/A | |

## Improvement / Building

| Improvement #1: | Residential | State Code: | A1 | Living Area: | 1400.0 sqft | Value: N/A |
|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| LA | Living Area | F - SB | | 1954 | 1016.0 |
| OP | Attached Open Porch | F - NO | | 1954 | 84.0 |
| LA1 | Additional Living Area | F - SB | | 1954 | 72.0 |
| LA1 | Additional Living Area | F - SB | | 1954 | 312.0 |
| CP | Att Carport | F - NO | | 1954 | 240.0 |

| Improvement #2: | Residential | State Code: | A1 | Living Area: | sqft | Value: N/A |
|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| GAR | Detached Garage | F - SB | | 1980 | 480.0 |

| Improvement #3: | Residential | State Code: | A1 | Living Area: | sqft | Value: N/A |
|---|---|---|---|---|---|---|

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|------|-------------|----------|---------------|------------|------|
| CPT | Detached Carport | F - NO | | 1980 | 216.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|------|-------------|-------|------|-----------|-----------|--------------|-------------|
| 1 | RES | R/1 Family not Farm Single | 0.1607 | 7000.00 | 50.00 | 140.00 | N/A | N/A |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|------|--------------|-------------|--------------|-----------|--------|----------|

| 2022 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2021 | $105,380 | $26,250 | 0 | 131,630 | $18,993 | $112,637 |
| 2020 | $101,480 | $20,930 | 0 | 122,410 | $20,013 | $102,397 |
| 2019 | $78,700 | $20,930 | 0 | 99,630 | $6,542 | $93,088 |
| 2018 | $77,020 | $18,130 | 0 | 95,150 | $10,525 | $84,625 |

**Deed History - (Last 3 Deed Transactions)**

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**2022 data current as of Jan 10 2022 1:20AM.**
**2021 and prior year data current as of Jan 7 2022 6:54AM**
**For property information, contact (210) 242-2432 or (210) 224-8511 or email.**
**For website information, contact (210) 242-2500.**

This year is not certified and ALL values will be represented with "N/A".

Website version: 1.2.2.33          Database last updated on: 1/10/2022 1:20 AM          © N. Harris Computer Corporation