Case 5:22-cv-00024-OLG   Document 6   Filed 05/13/22   Page 1 of 1

FILED
May 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RENE CUELLAR,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN ADVISORS GROUP,<br><br>  Defendant, | § § § § § § § § § § §   Civil Action No. SA:22-cv-00024-OLG |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CLAIMS

Came on to be considered the J*oint Stipulation of Dismissal of Claims* ("Joint Stipulation") filed in this cause by Plaintiff Rene Cuellar ("Plaintiff"), and Defendant American Advisors Group ("Defendant", together with Plaintiff, the "Parties"). After considering said Joint Stipulation and the agreement of the parties expressed therein, the Court:

**GRANTS** the Joint Stipulation and hereby dismisses without prejudice Plaintiff's claims. Costs and attorney's fees are taxed against the party incurring same. All relief not granted herein is denied.

SIGNED ON _____May 13_____, 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE